FILED
JUN 07 2023
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| | ) | JUDGE KNEPP |
| v. | ) | CASE NO.  MAG JUDGE CLAY |
| | ) | Title 18, United States Code, |
| JAMES COFFEY, JR., | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | |

Case No. 3:23 CR 299

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about February 21, 2023, in the Northern District of Ohio, Western Division, Defendant JAMES COFFEY, JR. , knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Attempted Failure to Comply With an Order or Signal of a Police Officer, and Robbery, on or about February 24, 2015, in Case Number CR 14-2800, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Sarsilmaz SAR9, 9MM semi-automatic pistol, bearing serial number T1102-21BV94617, and said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegation of Count 1 is hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing

ORIGINAL

offense, Defendant JAMES COFFEY, JR. shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.